**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

| | |
|---|---|
| IN RE: Selwyn Singer | CASE NO.: 05–41045–smb |
| SSN/TAX ID: xxx–xx–0841 | CHAPTER: 7 |

## DISCHARGE OF DEBTOR
## ORDER OF FINAL DECREE

A petition under chapter 7 of title 11, United States Code was filed by or against the Debtor(s) on 3/21/05 ; an order for relief was entered under chapter 7; no order denying a discharge has been granted. The Debtor's estate has been fully administered.

**IT IS ORDERED THAT:**

1. The Debtor is released from all dischargeable debts.

2. Any judgment not obtained in this court is null and void as to the personal liability of the Debtor(s) regarding the following:

(a) debts dischargeable under 11 U.S.C. § 523(a);

(b) debts alleged to be excepted from discharge under 11 U.S.C. § 523(a)(2),(4),(6) or (15) unless determined by this court to be nondischargeable;

(c) debts determined by this court to be discharged.

3. All creditors whose debts are discharged by this order or whose judgments are declared null and void in 2 above, are enjoined from instituting or continuing any action, employing any process or engaging in any act to collect such debts as personal liabilities of the Debtor(s).

4. Albert Togut is discharged as the Trustee of the Debtor's estate and the bond is cancelled. The chapter 7 case of the Debtor(s) is closed.

Dated: 8/18/05                                    Stuart M. Bernstein, Bankruptcy Judge

**EXPLANATION OF BANKRUPTCY DISCHARGE**
**IN A CHAPTER 7 CASE**

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0208-1          User: jepps              Page 1 of 1              Date Rcvd: Aug 18, 2005
Case: 05-41045                Form ID: 155             Total Served: 22

The following entities were served by first class mail on Aug 20, 2005.
db       +Selwyn Singer,   320 West 84th St.,   Apt.#2A,   New York, NY 10024-4208
tr       +Albert Togut,   Togut Segal & Segal, LLP,   One Penn Plaza,   Suite 3335,   New York, NY 10119-3395
smg       N.Y. State Unemployment Insurance Fund,   P.O. Box 551,   Albany, NY  12201-0551
smg       New York City Dept. Of Finance,   345 Adams Street, 3rd Floor,   Attn: Legal Affairs - Devora Cohn,
           Brooklyn, NY  11201-3719
smg       New York State Tax Commission,   Bankruptcy/Special Procedures Section,   P.O. Box 5300,
           Albany, NY  12205-0300
smg       United States Attorney,   One St. Andrew's Plaza,   Claims Unit - Room 417,
           New York, NY  10007-1701
ust      +United States Trustee,   33 Whitehall Street,   21st Floor,   New York, NY 10004-2122
3756970   ADVANTA BANK CORP,   PO BOX 8088,   PHILADELPHIA, PA 19101-8088
3756973  +BERGEN ANESTHESIA GROUP,   PO BOX 630,   FRANKLIN LAKES, NJ 07417-0630
3756977  +CHASE MANHATTAN BANK USA,   PO BOX 5206,   NEW HYDE PARK, NY 11042-5206
3756978   CITI CARDS,   PO BOX 8112,   S HACKENSACK, NJ 07606-8112
3756979   DELL FINANCIAL SERVICES,   CUSTOMER SERVICE CORRESPO.,   PO BOX 81577,   AUSTIN, TX 78708-1577
3756981   FLEET NATIONAL BANK,   CREDIT CARD SERVICES,   PO BOX 1070,   NEWARK, NJ 07101-1070
3756982   MBNA AMERICA BANK,   PO BOX 15137,   WILMINGTON, DE 19886-5137
3756983   ORCHARD BANK,   HOUSEHOLD CREDIT SERVICES,   PO BOX 17051,   BALTIMORE, MD 21297-1051
3756984  +VALLEY HOSPITAL,   223 N. VAN DIEN AVENUE,   RIDGEWOOD, NJ 07450-2736

The following entities were served by electronic transmission on Aug 18, 2005 and receipt of the transmission
was confirmed on:
3756970   EDI: BANKAMFLEET.COM Aug 18 2005 16:18:00      ADVANTA BANK CORP,   PO BOX 8088,
           PHILADELPHIA, PA 19101-8088
3756971   EDI: AMEREXPR.COM Aug 18 2005 16:18:00      AMERICAN EXPRESS,   PO BOX 360002,
           FT LAUDERDALE, FL 33336-0002
3756972   EDI: CHASE.COM Aug 18 2005 16:19:00      BANK ONE,   PO BOX 15153,   WILMINGTON, DE 19886-5153
3756974  +EDI: CAPITALONE.COM Aug 18 2005 16:18:00      CAPITAL ONE BANK,   PO BOX 85147,
           RICHMOND, VA 23276-0001
3756975  +EDI: CHASE.COM Aug 18 2005 16:19:00      CHASE MANHATTAN BANK USA,   PO BOX 15152,
           WILMINGTON, DE 19850-5152
3756976   EDI: CHASE.COM Aug 18 2005 16:19:00      CHASE MANHATTAN BANK USA,   PO BOX 15902,
           WILMINGTON, DE 19850-5902
3756980   EDI: DISCOVER.COM Aug 18 2005 16:19:00      DISCOVER BANK,   PO BOX 15251,
           WILMINGTON, DE 19886-5251
3756981   EDI: BANKAMFLEET.COM Aug 18 2005 16:18:00      FLEET NATIONAL BANK,   CREDIT CARD SERVICES,
           PO BOX 1070,   NEWARK, NJ 07101-1070
3756983   EDI: HFC.COM Aug 18 2005 16:19:00      ORCHARD BANK,   HOUSEHOLD CREDIT SERVICES,   PO BOX 17051,
           BALTIMORE, MD 21297-1051
                                                                                              TOTAL: 9

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 20, 2005**                    **Signature:**   _Joseph Speetjens_